```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 10417
  CHRISSY ROBINSON
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-0463


-----------------------------------------------------------------------
           TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/11/07 .

    2.  The case was dismissed without confirmation, 10/26/2007.


-----------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------
CITY OF CHICAGO           UNSECURED     NOT FILED            .00            .00
COUNTY OF DUPAGE          UNSECURED     NOT FILED            .00            .00
VILLAGE OF MAYWOOD        UNSECURED     NOT FILED            .00            .00
CLERK OF THE CIRCUIT COU  UNSECURED     NOT FILED            .00            .00
NICOR GAS                 UNSECURED     NOT FILED            .00            .00
COMED                     UNSECURED     NOT FILED            .00            .00
ADVANCE AMERICA           UNSECURED     NOT FILED            .00            .00
DISTRICT FINANCIAL SERV   UNSECURED     NOT FILED            .00            .00
PAYDAY LOAN               UNSECURED     NOT FILED            .00            .00
FAST CASH                 UNSECURED     NOT FILED            .00            .00
VILLAGE OF ROMEOVILLE     UNSECURED     NOT FILED            .00            .00
AARONS SALES & LEASING    UNSECURED     NOT FILED            .00            .00
FIRST PREMIER BANK        UNSECURED     NOT FILED            .00            .00
ECMC                      UNSECURED     NOT FILED            .00            .00
       Summary of disbursements:
-----------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED   .00         .00         .00           .00           .00
PRINCIPAL PAID       .00         .00         .00           .00           .00
INTEREST PAID        .00         .00         .00           .00           .00
TOTAL PAID           .00         .00         .00           .00           .00
The Debtor's attorney, PRO SE DEBTOR                  , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 10/14/07

/s/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 10417 CHRISSY ROBINSON